AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

LARRY LAMAR STEVENS

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER:   CV205-196

JOSE VASQUEZ, WARDEN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order entered April 18, 2006, adopting the Report and Recommendation of the Magistrate Judge denying the petition for writ of habeas corpus; Judgment of dismissal is hereby entered and this case stands dismissed.

| April 18, 2006 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/1/03